# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VERDUGO,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MICHAEL EVANS, Warden,<br><br>　　　　Respondent. | Case No. EDCV 08-494-SGL (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss the Petition; and (3) directing that Judgment be entered dismissing this action with prejudice as untimely.

DATED: 11-28-08

_____
HONORABLE STEPHEN G. LARSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge